Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 18−22192−ABA
    Chapter: 13
    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Margarita Ramos
  800 College Drive Lot 133
  Vineland, NJ 08360

Social Security No.:
  xxx−xx−3136

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

    On 3/31/2020 a NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
Confirmation hearing to be held on 5/6/2020 at 10:00 AM at ABA − Courtroom 4B, Camden. Last day to Object to Confirmation 4/29/2020.

Corrected to state:
Confirmation hearing to be held on 5/13/2020 at 10:00 AM at ABA − Courtroom 4B, Camden. Last day to Object to Confirmation 5/6/2020.

    The amendment of this notice does not affect deadlines that have been previously set.

Dated: April 2, 2020
JAN: dmb

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 18-22192-ABA
Margarita Ramos                                                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin         Page 1 of 2         Date Rcvd: Apr 02, 2020
                           Form ID: 196        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
```
db             +Margarita Ramos,    800 College Drive Lot 133,    Vineland, NJ 08360-7460
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
517595763       Bankcard Services,   PO Box 447,   Beaverton, OR  97075-0447
517709271       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517595765       Card Services,   PO Box 13337,   Philadelphia, PA  19101-3337
517595768       Delsea Woods Mobile Home Park,   800 College Dr,   Vineland, NJ  08360-7455
517595770       First Soure Advantage,   205 Bryant Woods S,   Amherst, NY  14228-3609
517595771       Guardian Protection Services,   PO Box 37751,   Philadelphia, PA  19101-5051
517595772       Homeplus Finance,   600 Lairport St,   El Segundo, CA  90245-5004
517709905       Jose Orama,   800 College Dr Unit 133,   Vineland, NJ 08360-7460
517595776       Nations Recovery Centre,   PO Box 620130,   Atlanta, GA  30362-2130
517651648      +Prober & Raphael,   20750 Ventura Blvd Ste 100,   Woodland Hills, CA 91364-6207
517647263      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517705872       eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2020 02:49:20     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2020 02:49:16     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517623372       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 02:52:58
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517595764       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 02:54:51     Capital One Bank USA,
                PO Box 30281,   Salt Lake City, UT  84130-0281
517595767       E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2020 02:53:07     Credit One Bank,
                PO Box 98873,   Las Vegas, NV  89193-8873
517595769       E-mail/Text: bnc-bluestem@quantum3group.com Apr 03 2020 02:49:39     Fingerhut,   PO Box 166,
                Newark, NJ  07101-0166
517595773       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 02:49:07     Kay Jewelers,
                PO Box 659728,   San Antonio, TX  78265-9728
517595774       E-mail/Text: bncnotices@becket-lee.com Apr 03 2020 02:48:44     Kohls,   PO Box 2983,
                Milwaukee, WI  53201-2983
517664890       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 02:53:10
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517685837      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2020 02:49:16     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
517711893       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 02:54:52
                Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517669354       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 02:49:14
                Quantum3 Group LLC as agent for,   Credit Corp Solutions Inc,   PO Box 788,
                Kirkland, WA  98083-0788
517707032       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 02:49:14
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517707033       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 02:49:14
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
517595777       E-mail/Text: appebnmailbox@sprint.com Apr 03 2020 02:49:15     Sprint Corporation,
                Bankruptcy Department,   PO Box 3326,   Englewood, CO  80155-3326
517595778       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 02:56:38     Synchrony Bank,   PO Box 530948,
                Atlanta, GA  30353-0948
517599341      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 02:54:44     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517595779       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 02:52:52     Synchrony Bank,   PO Box 965007,
                Orlando, FL  32896-5007
                                                                                                TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517595766*    ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance,   25505 W 12 Mile Rd,
                Southfield, MI  48034-1846)
517669644*    +Homeplus Finance Corporation,   600 Lairport Street,   El Segundo, CA 90245-5004
517713122*     Jose Orama,   800 College Dr Unit 133,   Vineland, NJ 08360-7460
517595775     ##Mitchelll feinstein,   2121 Rosecrans Ave Ste 2320,   El Segundo, CA  90245-4744
                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: 196               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Moshe Rothenberg    on behalf of Debtor Margarita  Ramos moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```