Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−22192−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Margarita Ramos
  800 College Drive Lot 133
  Vineland, NJ 08360

Social Security No.:
  xxx−xx−3136

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/19/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 19, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Margarita Ramos
     Debtor

Case No. 18-22192-ABA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                 Page 1 of 3

Date Rcvd: Jan 19, 2021             Form ID: 148              Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margarita Ramos, 800 College Drive Lot 133, Vineland, NJ 08360-7460 |
| 517595763 | | Bankcard Services, PO Box 447, Beaverton, OR 97075-0447 |
| 517595768 | | Delsea Woods Mobile Home Park, 800 College Dr, Vineland, NJ 08360-7455 |
| 517595771 | | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 517595772 | | Homeplus Finance, 600 Lairport St, El Segundo, CA 90245-5004 |
| 517709905 | | Jose Orama, 800 College Dr Unit 133, Vineland, NJ 08360-7460 |
| 517595776 | | Nations Recovery Centre, PO Box 620130, Atlanta, GA 30362-2130 |
| 517651648 | + | Prober & Raphael, 20750 Ventura Blvd Ste 100, Woodland Hills, CA 91364-6207 |
| 517647263 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jan 19 2021 23:25:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 517595766 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 19 2021 23:25:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 517623372 | | EDI: CAPITALONE.COM | Jan 20 2021 03:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517595764 | | EDI: CAPITALONE.COM | Jan 20 2021 03:58:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517709271 | | EDI: BL-BECKET.COM | Jan 20 2021 03:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517595765 | | EDI: TSYS2.COM | Jan 20 2021 03:58:00 | Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517595767 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2021 23:56:13 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517595769 | | EDI: BLUESTEM | Jan 20 2021 03:58:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 517595770 | | EDI: FSAE.COM | Jan 20 2021 03:58:00 | First Soure Advantage, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 517595773 | | EDI: WFNNB.COM | Jan 20 2021 03:58:00 | Kay Jewelers, PO Box 659728, San Antonio, TX 78265-9728 |

District/off: 0312-1                          User: admin                                        Page 2 of 3
Date Rcvd: Jan 19, 2021                       Form ID: 148                                        Total Noticed: 33

| | | | |
|---|---|---|---|
| 517595774 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jan 19 2021 23:25:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517664890 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 19 2021 23:55:18 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517685837 | + EDI: MID8.COM | | |
| | | Jan 20 2021 03:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517711893 | EDI: PRA.COM | | |
| | | Jan 20 2021 03:58:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517707032 | EDI: Q3G.COM | | |
| | | Jan 20 2021 03:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517669354 | EDI: Q3G.COM | | |
| | | Jan 20 2021 03:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517707033 | EDI: Q3G.COM | | |
| | | Jan 20 2021 03:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517595777 | EDI: NEXTEL.COM | | |
| | | Jan 20 2021 03:58:00 | Sprint Corporation, Bankruptcy Department, PO Box 3326, Englewood, CO 80155-3326 |
| 517595779 | EDI: RMSC.COM | | |
| | | Jan 20 2021 03:58:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 517595778 | EDI: RMSC.COM | | |
| | | Jan 20 2021 03:58:00 | Synchrony Bank, PO Box 530948, Atlanta, GA 30353-0948 |
| 517599341 | + EDI: RMSC.COM | | |
| | | Jan 20 2021 03:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517705872 | EDI: ECAST.COM | | |
| | | Jan 20 2021 03:58:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517669644 | *+ | Homeplus Finance Corporation, 600 Lairport Street, El Segundo, CA 90245-5004 |
| 517713122 | * | Jose Orama, 800 College Dr Unit 133, Vineland, NJ 08360-7460 |
| 517595775 | ## | Mitchelll feinstein, 2121 Rosecrans Ave Ste 2320, El Segundo, CA 90245-4744 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                          Signature:        /s/Joseph Speetjens

District/off: 0312-1                          User: admin                                Page 3 of 3
Date Rcvd: Jan 19, 2021                       Form ID: 148                            Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Margarita Ramos moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7